# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ZACHARY JENKINS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RAPID MORTGAGE FUNDING, INC.<br><br>    Defendant. | Case No. 2:22-cv-10512-LJM-APP |

## NOTICE OF SETTLEMENT

Plaintiff Zachary Jenkins hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: May 16, 2022

/s/ *Avi R. Kaufman*
Avi R. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Attorney for Plaintiff and the proposed Class*