# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ZACHARY JENKINS, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

vs.

RAPID MORTGAGE FUNDING, INC.

    Defendant.

Case No. 2:22-cv-10512-LJM-APP

## NOTICE OF DISMISSAL

Plaintiff Zachary Jenkins hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: June 7, 2022

/s/ Avi R. Kaufman
Avi R. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Attorney for Plaintiff and the proposed Class*